# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2020

159612

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEXTER BURRELL TAYLOR,
      Defendant-Appellant.

SC: 159612
COA: 340028
Wayne CC: 16-007780-FC

_____/

      On November 10, 2020, the Court heard oral argument on the application for leave to appeal the March 26, 2019 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2020



Clerk

t1111